

**Kerri E. Chewning**
*Also Member of Pennsylvania Bar*
kchewning@archerlaw.com
856-616-2685 Direct
856-673-7166 Direct Fax

Archer & Greiner, P.C.
1045 Laurel Oak Road
Voorhees, New Jersey 08043
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

## ORDER

March 28, 2025

**<u>Via CM/ECF Only</u>**
Honorable Justin T. Quinn, U.S.M.J.
United States District Court
   for the District of New Jersey
402 East State Street
Trenton, New Jersey 08608

IT IS SO ORDERED
this 31st day of March 2025

Hon. Justin T. Quinn, U.S.M.J.

      Re:  **Karmin v. Rogove, et al.,**
          **<u>Civ. No. 25-1036(GC)</u>**

Dear Judge Quinn:

      I have just been retained to represent Defendant Carolina Academic Press.  Though no Return of Service has been filed, and it is unclear at this time if service was proper, I understand that Plaintiff claims service on Carolina Academic Press was effected on or about March 6, 2025.  Carolina Academic Press sought to timely request an extension of time to respond pursuant to L. Civ. R. 6.1(b).  It did so, however, without counsel.

      Accordingly, I write today to respectfully request a brief extension of time, <u>until April 25, 2025, in which to answer, move, or otherwise respond in response</u> to the above-captioned action.

      The requested extension is reasonable and will not prejudice or unduly delay the litigation.  No other extensions have been sought.

      We thank the Court for its consideration.

Respectfully submitted,

KERRI E. CHEWNING

cc:   Alan Karmin
      All Counsel of Record (via CM/ECF)