# ALAN KARMIN
4210 Falston Circle, Old Bridge, NJ 08857 ● 732-261-1387 ● alankarmin@gmail.com

---

May 21, 2025

Hon. Georgette Castner (Via electronic filing)
United States District Court for the District of New Jersey
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

      RE:    **KARMIN v. ROGOVE et al.**
                **CASE NO.: 3:25-cv-01036-GC-JTQ**

Your Honor,

    Please be advised after conducting research that I am hereby withdrawing the complaint against Defendants VLEX and JUSTIA LAW.

    Although I was unable to get a response from Mr. Backfisch after multiple attempts through email and USPS mail, and with no notice of their removing content, I was able to ascertain that the Defendants VLEX and JUSTIA LAW are, currently, only displaying the "unpublished appellate case" in its entirety and currently without any commentary or selective editing on their respective sites.

    While I am voluntarily dismissing the matter against them, I want to put it on the record that should either Party re-introduce any content not directly quoted from the New Jersey judiciary website, I reserve the right to re-name that Party as a Defendant.

    This entire matter would not have been necessary if Defendants VLEX and JUSTIA LAW had a process or department for addressing a dispute of their published content, or if any representative would have been willing to have simple dialogue to reach a resolution.

    Further, I have also discovered that Defendant MICHAEL SAUNDERS is now deceased. As such, Defendants MICHAEL SAUNDERS and AFFORDABLE PARALEGAL SERVICES should be dismissed at Defendants from this matter.

    Thank you for your consideration in this matter.
.

Respectfully,

*Alan Karmin* (signature)

Alan Karmin

It is So Ordered this 30th day of May 2025

*Georgette Castner* (signature)
_____
GEORGETTE CASTNER, U.S.D.J.

cc: Stephen Backfisch, Esq. (via email at sbackfisch@lindabury.com)