# ALAN KARMIN
4210 Falston Circle, Old Bridge, NJ 08857 ● 732-261-1387 ● alankarmin@gmail.com

May 29, 2025

Hon. Georgette Castner (Via electronic filing)
United States District Court for the District of New Jersey
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

     RE:    **KARMIN v. ROGOVE et al.**
              **CASE NO.: 3:25-cv-01036-GC-JTQ**

Your Honor,

    Thank you for your prompt response and I am in receipt of your Order dated May 29, 2025.

    Please be advised that after receiving Judge Quinn's order of May 23, 2025, and Your Honor's recent order, I must voluntarily withdraw the complaint, without prejudice, in accordance with Rule 41(a)(1)(A)(ii) at this time.

    Thank you kindly for your consideration in this matter.

.

Respectfully,

*[signature: Alan Karmin]*

Alan Karmin

---

It is So Ordered this 30th day of May, 2025.

*[signature: Georgette Castner]*
GEORGETTE CASTNER, U.S.D.J.

The Clerk's Office is directed to **TERMINATE** as moot the Motions pending at ECF Nos. 20, 21, 28 and 35 and to **CLOSE** this case. The Court will consider Defendant Rogove's Motion for Sanctions (ECF No. 37) in due course. *See In re Bath & Kitchen Fixtures Antitrust Litig.*, 535 F.3d 161, 166 n.8 (3d Cir. 2008) ("A district court retains jurisdiction to decide 'collateral' issues—such as sanctions, costs, and attorneys' fees—after a plaintiff dismisses an action by notice.").