## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALAN KARMIN, | : CIV. NO.: 3:25-cv-01036-GC-JTQ |
|     *Plaintiff,* | : |
| v. | : **CONSENT ORDER DISMISSING** |
| | : **DEFENDANT ALABAMA** |
| ADRIENNE C. ROGOVE, et al., | : **ASSOCIATION OF PARALEGALS,** |
| | : **INC. WITH PREJUDICE** |
|     *Defendants.* | : |

**AND NOW**, pursuant to Fed. R. Civ. P. 41(a)(2) and the settlement and stipulation between Plaintiff *pro se* Alan Karmin ("Plaintiff") and Defendant Alabama Association of Paralegals, Inc. ("AAPi"), it is **ORDERED** that:

1.    Plaintiff's lawsuit and any and all claims brought and/or that could have been brought therein, are dismissed with prejudice and without costs as to AAPi; and

2.    AAPi's pending Motion for Relief under N.J. Stat. Ann. § 2A:53A-49, *et seq.* (ECF No. 42), shall be marked withdrawn.

    **IT IS SO ORDERED.**

Date:  July 8, 2025           *Georgette Castner*

                                  **GEORGETTE CASTNER**
                                  **UNITED STATES DISTRICT JUDGE**

*The below parties hereby consent to the form and entry of this Order.*

| | |
|---|---|
| *Alan Karmin* (signature) | /s/ Harris Neal Feldman |
| ALAN KARMIN | HARRIS NEAL FELDMAN, ESQ. |
| *Plaintiff Pro Se* | PARKER McCAY P.A. |
| | *Attorneys for Defendant, Alabama* |
| | *Association of Paralegals, Inc.* |
| Dated: 07-07-2025 | Dated: July 7, 2025 |

4906-9144-1490, v. 1